# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LASHAWN POOLE,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-00676-WS-M |
| **WAL-MART,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this 7th day of May, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE